IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DALLAS JACKSON,

      Petitioner,

v.

DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR
VEHICLES,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4826

Opinion filed February 24, 2015.

Petition for Writ of Certiorari.

David M. Robbins and Susan Z. Cohen, of Epstein & Robbins, Jacksonville, for
Petitioner.

Stephen D. Hurm, General Counsel, and Kimberly A. Gibbs, Senior Assistant
General Counsel, Orlando, for Respondent.


PER CURIAM.

      DENIED.

MARSTILLER, RAY, and SWANSON, JJ., CONCUR.